**FILED**

OCT 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Prisoner Civil Rights Complaint for Cases Brought Under 42 U.S.C. § 1983

| Plaintiff's Information | | | |
|---|---|---|---|
| Name: James Tyrone Smith, Authorized Repsentative for JAMES T SMITH, Plaintiff | | | Inmate Number: 04090-090 |
| Place of Confinement: FEDERAL CORRECTIONAL INSTITUTION Route 40 & 4th Street, Greenville, Illinois [62246] | | | |
| Street: Route 40 & 4th Street | City: GREENVILLE | State: IL | Zip Code: 62246-5000 |

Any additional plaintiffs to this action should be listed on a separate 8½ x 11" sheet of paper and securely attached to the back of this complaint. <u>Please provide names, inmate numbers, and addresses for each plaintiff.</u>

| Defendant's Information (This information must be current.) | |
|---|---|
| Name: SARA M REVELL, FBOP et al | Position: WARDEN/TRUSTEE |
| Street or P.O. Box Number: PO Box 4000 [Route 40 & 4th Street, Greenville, IL 62246-4000 | |
| City: Greenville | State: Il    Zip Code: 62246-4000 |

Are you suing this defendant in his/her personal capacity, official capacity, or in both capacities?

☐ Personal          ☐ Official          ☒ Both

Any additional defendants to this action should be listed on a separate 8½ x 11" sheet of paper and securely attached to the back of this complaint. Please provide their names, positions, and current addresses, and the capacity (personal or official) in which you are suing the defendants.

### I. PREVIOUS LAWSUITS

Have you begun any other lawsuits in state or federal court relating to your imprisonment?

YES ☐          NO ☒

If "YES", complete following section; if "NO", proceed to Part II.
❖ . Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.[1]

RECEIVED

SEP ⁵This notification is pursuant to 28 U.S.C. § 1915(g).

Prisoner Civil Rights Complaint Page # 1

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Mr. Bradley/ UNIT TEAM H2B | April 1, 2006 |
| FROM: | REGISTER NO.: |
| JAMES T SMITH® | 04090-090 |
| WORK ASSIGNMENT: | UNIT: |
| UNASSIGNED | H2B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

　　　Please provide me with a copy of the Minutes in reference to the ban on smoking, as the law library does not have a copy of the Supplemental Policy Statement. Thank You.

　　　　　　　　　　　　　　　　　　　　　　Without Prejudice UCC 1-308

　　　　　　　　　　　　　　　　　　　　　　James Tyrone Smith, SPC/AR for
　　　　　　　　　　　　　　　　　　　　　　JAMES T SMITH®, 04090-090

(Do not write below this line)

DISPOSITION:    **No Response as of this Filing 42 USC § 1983 on the 21st Day of September, 2006.    By James Tyrone Smith or JAMES T SMITH® .**

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper

**1)**

| Docket Number: |
|---|
| Name of Court: |
| Parties (Caption or Name of Case): |
| Disposition: |

**2)**

| Docket Number: |
|---|
| Name of Court: |
| Parties (Caption or Name of Case): |
| Disposition: |

**3)**

| Docket Number: |
|---|
| Name of Court: |
| Parties (Caption or Name of Case): |
| Disposition: |

*Note: Any additional civil actions should be listed on a separate sheet of 8½ x 11" paper.*

**NOTICE:** THIS FILING IS A GOOD FAITH PRESENTMENT AND SHOULD NOT BE CONSTRUED TO BE BOGUS, MERITLESS AND/OR INCOMPREHENSIBLE.

**NO RETAILITORY ACTIONS SHALL BE TAKEN AGAINST PLAINTIFF or RIDER PLAINTIFFS FOR EXERCISING THEIR First Amendment Right to "REDRESS OF GRIEVANCE" to and/or against the Government or its agents.**

## II. ADMINISTRATIVE REMEDIES

1. If you are in the custody of the State of Michigan or one of its subdivisions, did you:

   | | | |
   |---|---|---|
   | File a grievance with the Step 1 Grievance Coordinator? | YES ☐ | NO ☐ |
   | Appeal to the Step 2 Grievance Coordinator? | YES ☐ | NO ☐ |
   | Appeal to the Step 3 Grievance Coordinator? | YES ☐ | NO ☐ |
   | Seek a rehearing? | YES ☐ | NO ☐ |
   | Seek State Circuit court review of a misconduct hearing? | YES ☐ | NO ☐ |

   *If you did not take one or more of the steps, please explain why:*

   N/A

2. If you are a federal detainee, prisoner, or parolee and if your claim concerns parole, did you appeal to the National Appeals Board of the United States Parole Commission?

   YES ☐   NO ☐

   *If not, explain why:*

   N/A

3. If you are a federal detainee, prisoner, or parolee, and if your claim involves something other than parole, did you:

   | | | |
   |---|---|---|
   | Attempt to resolve your complaint informally? | YES ☒ | NO ☐ |
   | File a formal complaint? | YES ☒ | NO ☐ |
   | Appeal to the warden? | YES ☒ | NO ☐ |
   | Appeal to the Regional Director of the Bureau of Prisons? | YES ☐ | NO ☐ |
   | Appeal to General Counsel for the Bureau of Prisons? | YES ☐ | NO ☐ |

   *If not, explain why:*

   The FEDERAL BUREAU OF PRISONS, nor any of its subdivisions can provide me with monetary damages for acts committed by its employees against the laws of the State and United States.   SEE ATTACHED SHEET-ADMINISTRATIVE REMEDY

## III. STATEMENT OF FACTS

*Prisoner Civil Rights Complaint Page # 3*

## STATEMENT OF FACTS
### Continued from Page 4 of Form

**#2**

SARA M REVELL dba WARDEN/TRUSTEE FCI GREENVILLE has taken private property that belongs to claimants without just compensation and without consent. The property taken is in the nature of funds placed in a trust account for the acquisition of commodities purchased by the Prisoner Claimant through the FCI COMMISSARY. SARA M REVELL has also destroyed the remaining tobacco products purchased with Prisoner Claimant funds without Prisoner Claimant consent and without replacement of the funds used from the Prisoner Trust Fund Account to purchase tobacco products destroyed by order of SARA M REVELL and/or Executive Staff member constituting theft by unlawful taking.   [SEE AFFIDAVIT and CALL FOR RESPONSE]

IV.                                           RELIEF

Grant relief for damages in the sum certain amount of Two Hundred Fifty Thousand U S Dollars [$250,000.00] to Primary Claimant/Plaintiff, James Tyrone Smith, and Five Million U S Dollars [$5,000,000.00] to be evenly distributed between the joining Plaintiff Prisoner(s). Call the Courts Calendar for a Jury Trial for suit in the alternative. Plaintiff request that this Tribunal TAKE NOTICE of the Affidavit in Support and the time parameter granted to Respondent to Respond to this Tribunal and Plaintiff. AFFIDAVIT IS NOT SUBMITTED TO TRIBUNAL FOR RESPONSE as this Tribunal is a 'Referee' and not Respondent.

Without Prejudice

August 19, 2006

_James Tyrone Smith_, on behalf of
JAMES T SMITH®, 04090-090 ENS LEGIS
FEDERAL CORRECTIONAL INSTITUTION
Without Prejudice  -  POB 5000
Route 40 & 4th Street
Greenville, Illinois [62246]

---

**ATTACHMENT PAGE STATEMENT OF FACTS**  
**Page 1 of 1**

James Tyrone Smith, on behalf of  
JAMES T SMITH® 04090-090 ENS LEGIS

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include the names of other people, dates, and places involved in the incident. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim on blank 8½ x 11" sheets of paper and attach them to the last page of this complaint.

SARA M REVELL, DBA WARDEN FCI GREENVILLE and her staff made a decision to go "SMOKE-FREE" by April 1, 2006; the ADMINISTRATIVE DECISION is not only discriminatory, it is contradictory to the stated reason(s) for going smoke-free, and the method that is being employed infringes on equal protection rights of the law; the staff continues to smoke, chew, and spit tobacco juice(s) whereever and whenever they choose other than the supposed designated areas. [See Attached Affidavit] and II.ADMINISTRATIVE REMEDIES] In the operation of this INSTITUTION SARA M REVELL, DBA WARDEN, D. HARMON, DBA CAPT. and other executive staff members unknown here at FCI GREENVILLE, due to and by their negligence has caused this FCI to be locked down on more than three[3] separate times related to the sale of tobacco via a "BLACK MARKET" scheme influenced by the acts of SARA M REVELL, which directly affects the orderly running of this prison **and MY and all other Prisoner's and Staff Safety.**

## IV. RELIEF

State briefly and exactly what you want the Court to do for you.

Grant relief for damages in the sum certain amount of Five Million U.S. Dollars to be evenly distributed between those Prisoner(s) that are party to this claim of action; REIMBURSEMENT OF FUNDS TO INMATE TRUST FUND ACCOUNT FOR DESTRUCTION OF PROPERTY in the nature of unsold TOBACCO PRODUCTS in violation of Amendment Five U S Const. and REINSTATEMENT OF Sales of Tobacco Products and accessories. Primary Plaintiff, James Tyrone Smith, seeks Two Hundred Fifty Thousand U.S. Dollars [$250,000.00]

I declare under penalty of perjury that the foregoing is true and correct. without prejudice

8-17-06
(Date)

(Your Signature)

PARTIES WITH INTEREST IN SUIT FOR DAMAGES

APPENDICE /RIDERS OF PLAINTIFF James Tyrone Smith

| NAME | NUMBER | Signature |
|---|---|---|
| 1. Lyle Rivard | 05440-089 | /s/ Lyle Rivard |
| 2. Richard Ricketts | 09542-064 | Richard Ricketts |
| 3. Nathaniel Saunders | 13575-424 | Nathaniel Saunders |
| 4. Curtis Reynolds | 14469-026 | Curtis Reynolds |
| 5. Tyrell Rogers | 05938-025 | Tyrell Rogers |
| 6. Shane Hoskins | 02518-046 | Shane Hoskins |
| 7. Nichols Glenn | 29636-044 | Glenn Nichols |
| 8. Richard McElrath | 04895-091 | Richard McElrath |
| 9. Martanez Hoskins | 09425-041 | Martanez Hoskins |
| 10. Donald Sturgis | 11248-041 | Donald Sturgis |
| 11. Charles Woods | 11965-026 | Charles Woods |
| 12. Banthony Walls | 11584-026 | Banthony Walls |
| 13. John McCullough | 16848-039 | John McCullough |
| 14. Charles Brooks | 10153-031 | Charles Brooks |
| 15. Martay Love-Bey | 29601-044 | Martay Love-Bey |
| 16. Vincent Farley | 06548-025 | Vincent Farley |
| 17. Bradley L Baker | 06317-025 | Bradley Baker |
| 18. Roy S. Bass | 03097-029 | Roy Bass |
| 19. James R Evans | 05317-010 | James R Evans |
| 20. Jesse A. Stoldorf | 14282-026 | Jesse A. Stoldorf |
| 21. Ernesto U. Bell | 13214-045 | Ernesto U. Bell |
| 22. Stacey T. Pierson | 07903-029 | SP |
| 23. Troy Gill | 09731-045 | Troy Gill |
| 24. Tim McCall | 29469-044 | Tim McCall |

PARTIES WITH INTEREST IN SUIT FOR DAMAGES

APPENDICE /RIDERS OF PLAINTIFF James Tyrone Smith

| NAME | NUMBER | Signature |
|---|---|---|
| 1. Mark Neff | 09244-024 | /s/ Mark Neff |
| 2. Calvin Biggs | 17770-424 | Calvin Biggs |
| 3. Harold Givens | 30713-044 | Harold Givens |
| 4. Willie Dorsey III | 20423-044 | Willie Dorsey |
| 5. EUGENE PORTER | 08956029 | Eugene Porter |
| 6. Norvelle Hicks | 05612-025 | Norvelle Hicks |
| 7. Joseph Little | 26718-044 | Joseph Little |
| 8. Stepker Kenny | 08599-029 | Ky Stepker |
| 9. Stanley Lewis | 04318-089 | Stanley Lewis |
| 10. James Turner | 09263-029 | James Turner |
| 11. Pierre E. Dawson | 20863-424 | Pierre E. Dawson |
| 12. Joseph E. Clark | 27774-044 | Joseph E. Clark |
| 13. David Stumpf | 63940-065 | David Stumpf |
| 14. Raymond Adams | 34631-079 | Raymond Adams |
| 15. Max C. Tom | 06523-008 | Max C. Tom |
| 16. Antione Armstrong | 27497-044 | Antione Armstrong |
| 17. Jameson Roberson | 19973047 | Jameson Roberson |
| 18. Brandon Bragg | 32592044 | Brandon Bragg |
| 19. Paul L. McElheary | 25799-044 | Paul McElheary |
| 20. Eric Cooper | 30614-044 | Eric Cooper |
| 21. Bill Perkins | 30167-044 | Bill Perkins |
| 22. Gary Zielke | 01407-045 | Gary Zielke |
| 23. Daniel Savage | 18226-047 | Daniel Savage |
| 25. Steve Stoltenberg | 08319-029 | Steve Stoltenberg |
| 26. Carl Townsend | 05701-025 | Carl Townsend |

PARTIES WITH INTEREST IN SUIT FOR DAMAGES

APPENDICE /RIDERS OF PLAINTIFF James Tyrone Smith

| NAME | NUMBER | Signature |
|---|---|---|
| 1. Kelvin Hartfield-Bey | 11445-042 | /s/ Kelvin Hartfield-Bey |
| 2. Donald Radosh | 31284-044 | Donald Radosh |
| 3. Jay Dee Walters | 07813-031 | J.W. Watters |
| 4. James Lee Davis | 07438-045 | James L. Davis |
| 5. Richard Weig | 08585-030 | Richard Weig |
| 6. William Andersen | 06260-007 | William Andersen |
| 7. Taylor, Michael | 12181-026 | Michael Taylor |
| 8. Joe Logan | 05874-033 | Joe Logan |
| 9. Kevin McConnell | 18800-047 | Kevin McConnell |
| 10. Torrence G. Stone Jr. | 25952-044 | Torrence Stone |
| 11. Larry O. Alexander | 27937-044 | Larry Alexander |
| 12. Katrel Thomas | 06799-028 | Katrel Thomas |
| 13. E Thompson | 03637-028 | E Thompson |
| 14. Harry Hollingsworth, III | 06884-025 | Harry Hollingsworth |
| 15. Chris Robinson | 06023-025 | Chris Robinson |
| 16. | | |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |
| 21. | | |
| 22. | | |
| 23. | | |
| 24. | | |

James Tyrone Smith, on behalf of
JAMES T SMITH, 04090-090 ENS LEGIS , Plaintiff         Cause No:_____
FEDERAL CORRECTIONAL INSTITUTION
Without Prejudice  -  POB 5000
Route 40 & 4th Street
Greenville,Illinois [62246]


versus

FEDERAL BUREAU OF PRISONS,
FEDERAL CORRECTIONAL INSTITUTION   GREENVILLE
SARA M REVELL, DBA WARDEN/TRUSTEE
                              Respondent,


                    UNITED STATES DISTRICT COURT
                    DISTRICT OF COLUMBIA CIRCUIT
                       Washington DC 20001 - 2802


               AFFIDAVIT IN SUPPORT OF SUIT FOR DAMAGES

   James Tyrone Smith, on behalf of JAMES T SMITH (hereinafter Plaintiff/Affiant), being mentally competent, depose and aver the following facts are true, correct, complete and not misleading by My signature and on My Unlimited Commercial liability.

1.  Affiant attest that, Sara M Revell has deceived James Tyrone Smith and the prison population at large by misrepresentation of facts regarding FEDERAL BUREAU OF PRISON POLICIES (hereinafter FBOP P.S.) regarding smoking within the prison.

2.  Affiant attest that he April 1, 2006, Affiant filed an INMATE REQUEST TO STAFF UNIT TEAM STEVE BRADLEY requesting copy of minutes in reference to 'ban on smoking, as the law library does not have a copy of the Supplemental Policy Statement.

3.  Affiant attest that there was no written response to the Request filed April 1, 2006.

4.  Affiant attest that, sometime in the month of April after the 'ban on smoking' allegedly taking effect, all tobacco products, which were purchased with Inmate funds, generated from all sales to Inmates from FCI GREENVILLE COMMISSARY were in fact destroyed by FCI GREENVILLE COMMISSARY EMPLOYEES/CORRECTIONAL STAFF **without** replacement of the funds taken from the INMATE TRUST FUND to purchase the "Tobacco Products" <u>DESTROYED</u> by FCI GRENVILLE at the direction of SARA M REVELL, dba TRUSTEE/WARDEN of FEDERAL CORRECTIONAL INSTITUTION GREENVILLE.

---

AFFIDAVIT IN SUPPORT                      James Tyrone Smith, on behalf of
Page 1                                    JAMES T SMITH, 04090-090 ENS LEGIS

5.  Affiant attest that, the INMATE TRUST FUND [UNITED STATES DEPARTMENT OF TREASURY ACCOUNT NUMBER **6085**, WASHINGTON DC] is an account of private funds belonging to INMATES, i.e. JAMES T SMITH, 04090-090, CURTIS REYNOLDS, 14409-026, JOE A LOGAN, 05847-033, JAMES HEINEN 30546-044, PIERRE E DAWSON, 20863-424, and other PRISONER/INMATES, that the tobacco products were purchased from and not a federal fund account of funds generated or produced by the FBOP and or Federal Corporation - Government.

6.  Affiant attest that, if the INMATE TRUST FUND or any other fund that is generated from the identified Account Number above to acquisition commodities for the FCI GREENVILLE COMMISSARY, including the tobacco products ordered destroyed by SARA M REVELL or her DESIGNEE, then the Authority/PERSON authorizing said disposal/DESTRUCTION of Tobacco products, without replacing the funds used to acquistion said tobacco products is responsible and liable for reimbursement of the funds loss due to unlawful taking of property, without just compensation, one of the Constitutional mandates, SARA M REVELL, DBA WARDEN/TRUSTEE swore or affirmed to uphold.

7.  Affiant attest that, the fraudulently created 'ban on smoking' is discriminatory as it operates at FCI GREENVILLE, violating 'Equal Protection of the Law', because the mandate/memorandum issued September 6, 2005 stated that "<u>ALL FEDERAL PRISONS must be 'smoke free' by April 1st, 2006</u>" and signed by SARA M REVELL.

8.  Affiant attest that, Affiant presented SARA M REVELL, DBA WARDEN an INMATE REQUEST dated August 5, 2006 and forwarded a copy of said INMATE REQUEST to USDOJ FEDERAL BUREAU OF PRISONS CENTRAL OFFICE, at 320 First Street NW, Washington DC FOIA SECTION requesting response to request "under what authority has the FBOP banned smoking inits institutions...? [See Attached full request and Response from SARA MA REVELL. No Response from FBOP - WASHINGTON DC.

9.  Affiant attest that, the articulated goals for restricting smoking, as quoted by SARA M REVELL, DBA WARDEN, in her August 18, 2006 Response to Affiant's August 5, 2006 Inquiry/Request are "health, safety, and air quality". [See attached copy of 8/18/06 response]

10. Affiant attest that, the quoted goals are all fictious, because the staff continue to smoke, when and where they choose, contrary to the response offered, which is discriminatory and contradictory on its face when staff are permitted to continue smoking, chewing, spitting chew on the grounds of FCI GREENVILLE, and thereby polluting the air quality, and the INMATES are subjected to the 'second hand smoke being dispersed into the air that other PRISONERS and I continue to breathe.

---

| | |
|---|---|
| AFFIDAVIT IN SUPPORT OF SUIT<br>Page 2 | James Tyrone Smith, on behalf of<br>JAMES T SMITH, 04090-090 ENS LEGIS<br>FCI GREENVILLE - H 2 B<br>Without Prejudice - POB 5000<br>Route 40 & 4th Street<br>Greenville, Illinois [62246] |

11. Affiant attest that, the Administrative decision to go non-smoking notwithstanding the date of effect, is not only discriminatory on its face and in the application of the decision, SARA M REVELL's decision to go non-smoking, without removing all tobacco products from FCI GREENVILLE totally from all areas, i.e. hidden spots in UNICOR FACTORY, CMS FACILITIES, buried around the INSTITUTIONAL Grounds in plastic containers by various organizations [gangs, groups,i.e.] of PRISONERS in anticipation of the enforcement of the decision to go non-smoking caused grave safety problems with the creation of a "BLACK MARKET" for sales of tobacco to the more severly Tobacco [nicotine] Addicted Prisoner, such as my self.

12. Affiant attest that SARA M REVELL'S failure to remove all tobacco from the institution prior to the effective date April 1, 2006, after allowing the Prison Population to stock up on tobacco products from September 2005 when the Notice by memorandum was issued, to January 4, 2006, the last date to purchase tobacco from FCI GREENVILLE COMMISSARY, has promoted the "Black Market Sales" of tobacco and increased safety hazards for both the prisoner population and the staff, do to increased incidents related to the black market sale of tobacco products, which have also caused extreme financial hardships.

13. Affiant attest that a majority of the tobacco being black marketed is the Can/Bag tobacco formely sold on the commissary for 7.30 for 6 oz can and 5.25 7 oz bag which now sell for [10] stamps or $3.90 per "pinter" [cigarette paper lined with traces of tobacco], prison currency.

14. Affiant attest that he has been injured by the biased, discriminatory and unlawful actions of SARA M REVELL, DBA WARDEN/TRUSTEE and seeks monetary damages in the sum certain amount of Two Hundred and Fifty Thousand U.S. Dollars or credit from the UNITED STATES in the same said certain amount to be credited to My Inmate Trust Fund Account under INMATE NUMBER 04090-090, and the IMMEDIATE REINSTATEMENT of Tobacco Products and accessories to the FCI GREENVILLE COMMISSARY, OR IN THE ALTERNATIVE of reinstating sales of tobacco products to the commissary, Cause the UNITED STATES, SARA M REVELL, and the FBOP to pay for all prisoners who request the nicotine patches, and make an exception to the scheduled fee of $2.00 co-op charge when reporting to sick call.

15. Affiant attest that, SARA M REVELL, DBA WARDEN/TRUSTEE at FCI GREENVILLE has Administrative Decision making authority, but those decisions MUST be in accord with the Constitution and not violate any of the prohibitions set forth in said Constitution, which SARA M REVELL swore and/or Affirmed to uphold.

16. Affiant attest that, the violative act(s) of SARA M REVELL, FCI GREENVILLE, and the FBOP have cause injury to not only this Plainfiff/Affiant, but a number of PRISONERS to permit this suit for damages to become a class action, because of the number of men's rights being violated.

---

AFFIDAVIT IN SUPPORT OF SUIT
Page 3

James Tyrone Smith, on behalf of
JAMES T SMITH, 04090-090 ENS LEGIS
FCI GREENVILLE - H 2 B
Without Prejudice  -  POB 5000
Route 40 & 4th Street
Greenville, Illinois [62246]

17. Affiant attest that, SARA M REVELL, has failed to define 'TOBACCO FREE' INSTITUTION' as requested August 5, 2006; and the response of 8/18/06 signed by Sara M Revell, is totally contrary to the statement(s) Sara M Revell made on Live Broadcast Radio WGEL 101.7 Greenville with respect to the subject of 'Tobacco Free' and a non-smoking facility, whereon SARA M REVELL stated that FCI GREENVILLE would become a 'Smoke Free Institution' effective April 1, 2006 ; SMOKE FREE infers that there will be no smoking by any person/individual on the grounds of FCI GREENVILLE.

18. Affiant attest that FCI GREENVILLE has been locked down on three separate ocassions from incident(s) related to the Black Market Sales of tobacco created by SARA M REVELL and/or her IMPERMISSIBLE DECISION MAKING Staff; that more lockdowns are foreseen by the rapid increase of black market rates.

19. Affiant attest that FCI GREENVILLE has never sold more U.S. POSTAL STAMPS, [currency in FCI GREENVILLE Prison Population] in the Twelve years of its operation than it has in the last couple of months due to the "Black Market" sales of tobacco, and an auditing of Stamp Sales will substantiate this fact at FCI GREENVILLE, where the COMMISSARY regularly runs out of stamps due to increased sales, due to the 'Black Market' of tobacco sales.

20. Affiant attest that his claim for damages are not to be construed as total damages for any class action claim that may arise from this Affiant's initial and/or individual claim; and a separate list of names are provided with this Affidavit to be added as parties if this claim is determined or accepted as a 'class action' suit, at which time the filing will be supplemented to state the amount of damages sought as a whole or per individual, and this Affiant reserves the right to amend and/or supplement this Affidavit.

21. Affiant attest that, for a matter to be resolved, it must be expressed, which Affiant has presented in Affidavit format, and calling for a response to each averment of fact, or in the alternative, SARA M REVELL and RESPONDENTS may remain silent and their silence will equate to agreement of stated facts and Stated facts will become STARE DECISIS, prohibiting any future challenge to the agreed to contract to be sued for damages, if there no response within [ten] days of receipt of this Affidavit.

Further Affiant says not.

Executed on this 20th day of September, 2006.

---

AFFIDAVIT IN SUPPORT OF SUIT
Page 4

James Tyrone Smith, on behalf of
JAMES T SMITH, 04090-090 ENS LEGIS
FCI GREENVILLE - H 2 B
Without Prejudice  -  POB 5000
Route 40 & 4th Street
Greenville, Illinois [62246]

NOTICE

CALL FOR RESPONSE

Affiant has presented [21] averments to the RESPONDENT, SARA M REVELL, dba WARDEN/TRUSTEE FCI GREENVILLE, and respectfully request a response to the statements. A CAVEAT is offered that your failure to respond will/may have adverse affect upon you and the FBOP, because your failure to respond shall constitute agreement to the facts stated herein this Affidavit in Support for Damages.
You are granted [10] ten days from day of receipt plus three mailng days to provide a response to the Tribunal for the Record and this Affiant, which said response should be served in accord with the Rule governing service/process.

Without Prejudice

_____
James Tyrone Smith, on behalf of
JAMES T SMITH®, 04090-090 ENS LEGIS
FCI GREENVILLE - H 2 B
Without Prejudice  -  POB 5000
Greenville, Illinois [62246]


State of Illinois     )
                      ) ss        JURAT
county of Bond        )

SWORN and SUBSCRIBED to before me , a Notary Public in the State of Illinois at Bond County on this 20 day of September, 2006 by the above named man known to me with positive identification to be the same. My Commission Expires 9/12/07.

_____
Notary Public

OFFICIAL SEAL
MARILYN A. WARREN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES SEPT. 12, 2007

---

AFFIDAVIT IN SUPPORT
Page 5 - END

James Tyrone Smith, on behalf of
JAMES T SMITH, 04090-090 ENS LEGIS
FCI GREENVILLE - H 2 B
Without Prejudice  -  POB 5000
Route 40 & 4th Street
Greenville, Illinois [62246]

SMITH, James
Reg. No.: 04090-090

This is in response to your Inmate Request to Staff Member received on August 9, 2006, in which you request information about the current smoking policy at FCI Greenville, Illinois.

There is no statue which mandates a no smoking policy for inmates. The federal regulations only require that a smoking area be designated for authorized inmate religious activity but does not require any other smoking areas. The articulated goals for restricting smoking are health, safety, and air quality. An administrative decision was made to go non-smoking by April 1, 2006. There are no plans to re-instate smoking for inmates at this institution, or at other Bureau facilities.

The institution is "Tobacco Free" for inmates. Staff are allowed to smoke only in designated areas and have been advised where those areas are.

I trust this information has adequately addressed your concerns.

_____          _____8/18/06_____
Sara M. Revell, Warden                                Date

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS – Phone (913) 682-8700 ext. 465

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                  FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Sara M Revell dba WARDEN/TRUSTEE | DATE: August 21, 2006 |
|---|---|
| FROM: JAMES T SMITH | REGISTER NO.: 04090-090 |
| WORK ASSIGNMENT: UNASSIGNED | UNIT: H2B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

**FOIA Pursuant to 5 USC §§ 552 & 706**

Request for any and all memorandums re smoking issues since January 2005 and any variances or agreements written, verbal, non-verbal, implied or otherwise between you, Sara M Revell, your subordinate A.W.s and other correctional staff at this institution FCI GREENVILLE. I also request any and all information regarding litigation which the staff may have filed, and or pending concerning the smoking issue at this FCI.
I grant you the alloted time inaccord with law to respond, a copy of this has been forwarded to DOJ - FBOP - 320 First Street, NW Washington DC.
Thank you for your timley response.
                                                    Without Prejudice.
                                                    *[signature: James Tyrone Smith]*

(Do not write below this line)

DISPOSITION:   NO RESPONSE FROM EITHER CENTRAL OFFICE or SARA M REVELL subsequent to RESPONSE OF 8/18/06 signed by Sara M Revell.

                                                    Without Prejudice

                                                    James Tyrone Smith

| Signature Staff Member | Date |
|---|---|
| | |

BP-S148.055  **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                              FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) SARA M REVELL, DBA WARDEN/TRUSTEE | DATE: August 5, 2006 |
|---|---|
| FROM: James Tyrone Smith, Agent for JAMES T SMITH - ENS LEGIS | REGISTER NO.: 04090-090 |
| WORK ASSIGNMENT: UNASSIGNED | UNIT: H2B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Dear Ms Revell: I would like to request under what authority has the FBOP banned smoking in its institutions.

2. Did the ban come from a mandate from Congress or did BOP institute a policy change on its own? 3. If it is a mandate from Congress or policy change, why are staff excluded from the smoking ban?

4. If ithere is an exclusin for staff, why does the institution permit staff to smoke in non-designated areas to include next to doors on walkways etc. All of last information there was a smoking ban within 25 feet of any building or doorway. 5. Please define the term **"Tobacco Free"** institution and inform me if this policy is discriminatory in and of itself wherein the staff clntinue to smoke. Lastly, I request that smoking be reinstated in this institution.

**Without Recourse...**(Do not write below this line)   *James Tyrone Smith*

DISPOSITION:     SEE RESPONSE to SMITH, James Reg. No: 04090-090 signed by Sara M Revell

8/18/06.

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper



```
U.S. COURT OF APPEALS FOR
DISTRICT OF COLUMBIA CIRCUIT
     SEP 2 5 2006
      RECEIVED
```

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA CIRCUIT
WASHINGTON DC

James Tyrone Smith, Authorized Representative of
JAMES T SMITH®, 04090-090 ENS LEGIS
with attached PRISONER RIDERS,
                              Plaintiff(s)

versus

SARA M REVELL, DBA WARDEN/TRUSTEE
FCI GREENVILLE - GREENVILLE, ILLINOIS
FEDERAL BUREAU OF PRISONS, ET AL
                              Defendant(s)


NOTICE OF DEMAND FOR JURY TRIAL
IN ACCORD WITH FRCVP RULE(S) 38, 39, and U S CONST.

   James Tyrone Smith, Authorized Representative of JAMES T SMITH®, 04090-090 ENS LEGIS, and a Public Minister, invoke the Right to Jury Trial in accord with the above Statutory Rule and U.S. Constitution Article III.  Plaintiff has attached the statutory Application and Forma Pauperis forms herewith; also presented for filing and the record is (3) separate PARTIES WITH INTEREST IN SUIT FOR DAMAGES sheets and Affidavit in Support with call for response, which has been served on the DEFENDANT/Respondent(s) by U.S. POSTAL SERVICE CERTIFIED MAIL RETURN RECEIPT NUMBER: 7005 2570 0001 9177 9633 postage prepaid.

This Document to which this certificate is affixed is
CERTIFIED
A TRUE, CORRECT, and COMPLETE COPY of the
original
Claimant is holder in due course of original

Signature _____  Date 9, 20, 06
Convention De La Haye du 5 Octobre 1961

