James Tyrone Smith, on behalf of
JAMES T SMITH®, 04090-090 ENS LEGIS
with  Riders, et al
                    Plaintiff(s).

v.
  SARA M REVELL, DBA WARDEN/TRUSTEE
  FBOP/FCI GREENVILLE,
                    Defendant(s).
_____/

FILED

OCT 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER
HONORABLE

## PRISONER'S APPLICATION
## TO PROCEED WITHOUT PREPAYMENT OF FEES AND COSTS
## AND AUTHORIZATION TO WITHDRAW FUNDS FROM TRUST FUND ACCOUNT

I, JAMES T SMITH_____, the plaintiff in this action, ask for permission to file the enclosed complaint without prepayment of the filing fees and costs because I am unable to pay them. The issues in my complaint or petition are: violations of Fifth and Fourteenth Amendment(s) Complaint and Affidavit attached  herewith;

   Discrimination and violations of equal protection of the laws
_____

_____

To support my application, my answers to the following questions are as follows:

1.    Are you employed?                                   YES ☐        NO ☒
      If your answer is yes, state the amount of your monthly pay and the name and address of your employer:

            N/A
      _____

2.    In the last 12 months, have you received money from any of the following sources?

      a.    Business, profession, or other self-employment      YES ☐      NO ☒
      b.    Rent, interest, or dividends                         YES ☐      NO ☒
      c.    Pensions, annuities, or life insurance payments      YES ☐      NO ☒
      d.    Gifts or inheritance                                 YES ☐      NO ☒
      e.    Other sources                                        YES ☒      NO ☐

      If you answered yes to any of these questions, state the source of the money and the amount that you received during the past 12 months: See attached itemization of funds received and posted to the FBOP INMATE TRUST FUND ACCOUNT  which has been utilized for personal and legal use .
      _____

**RECEIVED**

3.    Do you have any money in a prison or jail account, checking account, or savings account?
                                                          YES ☐        NO ☒
      If yes, state the current spendable balance in your account: $ SEE INAMTE ACC'T; the average
SEP 2 5 2006 deposits to your account for the past 6 months: $ See INMATE ACC'T  ; and the average

2

monthly balance for the past 6 months: $_____.

4.  Do you own or have any interest in real estate, stocks, bonds, notes, vehicles, or other valuable property or assets (excluding ordinary household furnishings and clothing)?

    YES ☐        NO ☒

    If you answered yes, describe the property and state its approximate value:

    _____ N/A _____

5.  List people who are dependant on you for support, and state your relationship to those people and how much you contribute to their support:    N/A

    _____ N/A _____
    _____ N/A _____

**I declare under penalty of perjury that the foregoing is true and correct.**

_W/lfout Pre Judice_

August 22, 2006
_____        _____
(Date)                              (Your Signature)

## AUTHORIZATION

I, _____, authorize the correctional facility in which I am currently housed to: 1) provide information about my trust fund account to the federal court; and 2) withdraw from my trust fund account and forward to the federal court (a) an initial partial filing fee for this action (20% of the greater of my average monthly deposits or average monthly balance for approximately the past 6 months), and (b) subsequent monthly payments (20% of my previous month's deposits) until I have paid the full filing fee of $150.00 for this action.

_____        _____
(Date)                                  (Your Signature)
**Note: This authorization is unnecessary if you are filing a habeas corpus petition.**

## CERTIFICATION

I, certify that, on _____, plaintiff had a current spendable balance of $ _____ in his/her trust fund account. I also certify that during the past 6 months, plaintiff's average monthly deposits were $ _____ and plaintiff's average monthly balance was $ _____. Attached is a copy of plaintiff's statement for his/her trust fund account during the past 6 months.

_____        _____
(Date)                          (Signature of custodian of prison trust fund account)

# Inmate Statement



| | | | | | | Transaction | Encumbrance | |
|---|---|---|---|---|---|---|---|---|
| **Inmate Reg #:** | | 04090090 | | | **Current Institution:** | Greenville FCI | | |
| **Inmate Name:** | | SMITH, JAMES | | | **Housing Unit:** | H2 | | |
| **Report Date:** | | 08/22/2006 | | | **Living Quarters:** | B07-232U | | |
| **Report Time:** | | 10:51:57 AM | | | | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| GRE | 7/28/2006 4:42:58 PM | ITS0728 | | | Phone Withdrawal | ($1.00) | | $0.40 |
| GRE | 7/22/2006 10:38:16 AM | ITS0722 | | | Phone Withdrawal | ($1.00) | | $1.40 |
| GRE | 7/17/2006 8:12:07 PM | ITS0717 | | | Phone Withdrawal | ($1.00) | | $2.40 |
| GRE | 7/16/2006 8:02:08 PM | ITS0716 | | | Phone Withdrawal | ($1.00) | | $3.40 |
| GRE | 7/16/2006 4:52:04 PM | ITS0716 | | | Phone Withdrawal | ($1.00) | | $4.40 |
| GRE | 7/6/2006 7:07:47 PM | ITS0706 | | | Phone Withdrawal | ($2.00) | | $5.40 |
| GRE | 7/3/2006 9:39:46 PM | ITS0703 | | | Phone Withdrawal | ($3.00) | | $7.40 |
| GRE | 7/3/2006 12:40:11 PM | 73 | | | Sales | ($10.00) | | $10.40 |
| GRE | 7/3/2006 12:26:54 PM | 65 | | | Sales | ($160.08) | | $20.40 |
| GRE | 6/30/2006 8:54:03 PM | ITS0630 | | | Phone Withdrawal | ($5.00) | | $180.48 |
| GRE | 6/27/2006 5:22:41 PM | ITS0627 | | | Phone Withdrawal | ($5.00) | | $185.48 |
| GRE | 6/23/2006 4:31:52 PM | ITS0623 | | | Phone Withdrawal | ($10.00) | | $190.48 |
| GRE | 6/23/2006 2:05:08 PM | 33319106 | | | Western Union | $200.00 | | $200.48 |
| GRE | 6/6/2006 9:37:21 PM | ITS0606 | | | Phone Withdrawal | ($1.00) | | $0.48 |
| GRE | 5/29/2006 6:56:03 PM | ITS0529 | | | Phone Withdrawal | ($2.00) | | $1.48 |
| GRE | 5/28/2006 8:38:06 PM | ITS0528 | | | Phone Withdrawal | ($2.00) | | $3.48 |
| GRE | 5/27/2006 8:24:36 PM | ITS0527 | | | Phone Withdrawal | ($2.00) | | $5.48 |
| GRE | 5/25/2006 6:00:19 PM | ITS0525 | | | Phone Withdrawal | ($4.00) | | $7.48 |
| GRE | 5/23/2006 5:00:19 PM | ITS0523 | | | Phone Withdrawal | ($10.00) | | $11.48 |
| GRE | 5/23/2006 2:01:44 PM | 41 | | | Sales | ($19.25) | | $21.48 |
| GRE | 5/20/2006 2:12:11 PM | ITS0520 | | | Phone Withdrawal | ($6.00) | | $40.73 |
| GRE | 5/19/2006 7:07:43 PM | 33316606 | | | Western Union | $45.00 | | $46.73 |
| GRE | 5/16/2006 5:11:24 PM | ITS0516 | | | Phone Withdrawal | ($4.00) | | $1.73 |
| GRE | 5/9/2006 9:47:42 PM | ITS0509 | | | Phone Withdrawal | ($3.00) | | $5.73 |
| GRE | 5/8/2006 11:54:07 AM | 58 | | | Sales | ($5.00) | | $8.73 |
| GRE | 5/5/2006 4:31:24 PM | ITS0505 | | | Phone Withdrawal | ($7.00) | | $13.73 |
| GRE | 5/5/2006 3:06:25 PM | 33315606 | | | Western Union | $20.00 | | $20.73 |
| GRE | 5/4/2006 9:00:17 PM | ITS0504 | | | Phone Withdrawal | ($3.00) | | $0.73 |
| GRE | 5/2/2006 5:06:54 PM | ITS0502 | | | Phone Withdrawal | ($3.00) | | $3.73 |
| GRE | 4/29/2006 10:43:53 AM | ITS0429 | | | Phone Withdrawal | ($5.00) | | $6.73 |
| GRE | 4/28/2006 6:07:33 PM | 33315106 | | | Western Union | $10.00 | | $11.73 |
| GRE | 4/27/2006 7:58:11 PM | ITS0427 | | | Phone Withdrawal | ($1.00) | | $1.73 |
| GRE | 4/26/2006 5:20:56 PM | ITS0426 | | | Phone Withdrawal | ($2.00) | | $2.73 |

| | | | | | |
|---|---|---|---|---|---|
| GRE | 4/20/2006 5:24:47 PM | 76 | Sales | ($16.10) | $4.73 |
| GRE | 4/19/2006 8:37:19 PM | ITS0419 | Phone Withdrawal | ($5.00) | $20.83 |
| GRE | 4/18/2006 6:26:44 PM | ITS0418 | Phone Withdrawal | ($5.00) | $25.83 |
| GRE | 4/16/2006 9:17:48 PM | ITS0416 | Phone Withdrawal | ($2.00) | $30.83 |
| GRE | 4/14/2006 6:06:42 PM | 33314106 | Western Union | $30.00 | $32.83 |
| GRE | 4/13/2006 8:33:17 PM | ITS0413 | Phone Withdrawal | ($2.00) | $2.83 |
| GRE | 4/13/2006 11:55:49 AM | 61 | Sales | ($10.40) | $4.83 |
| GRE | 4/12/2006 7:00:45 PM | ITS0412 | Phone Withdrawal | ($5.00) | $15.23 |
| GRE | 4/9/2006 6:03:39 PM | ITS0409 | Phone Withdrawal | ($3.00) | $20.23 |
| GRE | 4/6/2006 5:28:39 PM | 73 | Sales | ($127.29) | $23.23 |
| GRE | 4/4/2006 9:59:40 PM | ITS0404 | Phone Withdrawal | ($9.00) | $150.52 |
| GRE | 4/4/2006 12:09:44 PM | 63 | Sales | ($25.95) | $159.52 |
| GRE | 4/2/2006 6:22:44 PM | ITS0402 | Phone Withdrawal | ($5.00) | $185.47 |
| GRE | 4/1/2006 11:33:08 AM | ITS0401 | Phone Withdrawal | ($3.00) | $190.47 |
| GRE | 3/31/2006 10:48:14 AM | FICP0306 | Inmate Co-pay | ($2.00) | $193.47 |
| GRE | 3/26/2006 7:20:44 PM | ITS0326 | Phone Withdrawal | ($5.00) | $195.47 |
| GRE | 3/25/2006 7:03:44 AM | 33312606 | Western Union | $100.00 | $200.47 |

1 2 3

**Total Transactions: 143**

|  |  |  |
|---|---|---|
| **Totals:** | **($315.01)** | **$0.00** |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| GRE | $0.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.40 |
| **Totals:** | **$0.40** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.40** |

# Inmate Statement

[PRINT]

| | |
|---|---|
| **Inmate Reg #:** | 04090090 |
| **Inmate Name:** | SMITH, JAMES |
| **Report Date:** | 08/22/2006 |
| **Report Time:** | 10:51:37 AM |

| | |
|---|---|
| **Current Institution:** | Greenville FCI |
| **Housing Unit:** | H2 |
| **Living Quarters:** | B07-232U |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| GRE | 3/24/2006 5:15:45 PM | ITS0324 | | | Phone Withdrawal | ($4.00) | | $100.47 |
| GRE | 3/24/2006 3:04:40 PM | 33312606 | | | Western Union | $100.00 | | $104.47 |
| GRE | 3/23/2006 8:28:20 PM | ITS0323 | | | Phone Withdrawal | ($1.00) | | $4.47 |
| GRE | 3/23/2006 11:58:51 AM | 69 | | | Sales | ($30.15) | | $5.47 |
| GRE | 3/20/2006 9:52:32 PM | ITS0320 | | | Phone Withdrawal | ($5.00) | | $35.62 |
| GRE | 3/20/2006 6:08:06 PM | 33312206 | | | Western Union | $40.00 | | $40.62 |
| GRE | 3/18/2006 11:04:32 AM | ITS0318 | | | Phone Withdrawal | ($2.00) | | $0.62 |
| GRE | 3/15/2006 9:58:38 PM | ITS0315 | | | Phone Withdrawal | ($1.00) | | $2.62 |
| GRE | 3/4/2006 9:50:32 PM | ITS0304 | | | Phone Withdrawal | ($4.00) | | $3.62 |
| GRE | 2/26/2006 3:36:23 PM | ITS0226 | | | Phone Withdrawal | ($4.00) | | $7.62 |
| GRE | 2/23/2006 11:41:39 AM | 55 | | | Sales | ($29.05) | | $11.62 |
| GRE | 2/21/2006 7:38:45 PM | ITS0221 | | | Phone Withdrawal | ($3.00) | | $40.67 |
| GRE | 2/20/2006 7:00:11 PM | ITS0220 | | | Phone Withdrawal | ($5.00) | | $43.67 |
| GRE | 2/18/2006 6:25:20 PM | ITS0218 | | | Phone Withdrawal | ($3.00) | | $48.67 |
| GRE | 2/17/2006 7:07:19 PM | 33310106 | | | Western Union | $50.00 | | $51.67 |
| GRE | 2/14/2006 9:19:32 PM | ITS0214 | | | Phone Withdrawal | ($1.00) | | $1.67 |
| GRE | 2/11/2006 1:56:24 PM | ITS0211 | | | Phone Withdrawal | ($5.00) | | $2.67 |
| GRE | 2/8/2006 8:37:10 PM | ITS0208 | | | Phone Withdrawal | ($4.00) | | $7.67 |
| GRE | 2/7/2006 6:14:51 PM | ITS0207 | | | Phone Withdrawal | ($3.00) | | $11.67 |
| GRE | 2/2/2006 11:58:05 AM | 47 | | | Sales | ($18.54) | | $14.67 |
| GRE | 1/26/2006 9:01:26 PM | ITS0126 | | | Phone Withdrawal | ($10.00) | | $33.21 |
| GRE | 1/26/2006 7:06:08 PM | 33308506 | | | Western Union | $43.00 | | $43.21 |
| GRE | 1/26/2006 6:33:39 PM | ITS0126 | | | Phone Withdrawal | ($1.00) | | $0.21 |
| GRE | 1/25/2006 9:44:58 PM | ITS0125 | | | Phone Withdrawal | ($1.00) | | $1.21 |
| GRE | 1/21/2006 9:38:44 PM | ITS0121 | | | Phone Withdrawal | ($3.00) | | $2.21 |
| GRE | 1/17/2006 8:53:18 PM | ITS0117 | | | Phone Withdrawal | ($5.00) | | $5.21 |
| GRE | 1/12/2006 9:24:28 PM | ITS0112 | | | Phone Withdrawal | ($4.00) | | $10.21 |
| GRE | 1/11/2006 11:55:56 AM | 55 | | | Sales | ($50.55) | | $14.21 |
| GRE | 1/10/2006 6:17:37 PM | ITS0110 | | | Phone Withdrawal | ($10.00) | | $64.76 |
| GRE | 1/9/2006 12:21:21 PM | 88 | | | Sales | ($2.55) | | $74.76 |
| GRE | 1/9/2006 12:20:18 PM | 87 | | | Sales | ($17.80) | | $77.31 |
| GRE | 1/7/2006 2:06:27 PM | 33307106 | | | Western Union | $90.00 | | $95.11 |
| GRE | 1/5/2006 9:52:48 PM | ITS0105 | | | Phone Withdrawal | ($3.00) | | $5.11 |

| | | | | | |
|---|---|---|---|---|---|
| GRE | 1/5/2006 11:48:45 AM | 56 | Sales | ($7.55) | $8.11 |
| GRE | 1/3/2006 7:22:54 PM | ITS0103 | Phone Withdrawal | ($10.00) | $15.66 |
| GRE | 1/3/2006 5:33:19 PM | ITS0103 | Phone Withdrawal | ($3.00) | $25.66 |
| GRE | 1/3/2006 12:09:14 PM | 80 | Sales | ($2.20) | $28.66 |
| GRE | 1/3/2006 12:06:51 PM | 78 | Sales | ($29.45) | $30.86 |
| GRE | 1/1/2006 2:10:16 PM | ITS0101 | Phone Withdrawal | ($7.00) | $60.31 |
| GRE | 12/31/2005 9:34:22 AM | ITS1231 | Phone Withdrawal | ($5.00) | $67.31 |
| GRE | 12/26/2005 6:22:52 PM | ITS1226 | Phone Withdrawal | ($10.00) | $72.31 |
| GRE | 12/22/2005 9:57:27 AM | 10 | Sales | ($7.30) | $82.31 |
| GRE | 12/22/2005 9:52:31 AM | 8 | Sales | ($90.95) | $89.61 |
| GRE | 12/21/2005 5:59:20 PM | ITS1221 | Phone Withdrawal | ($12.00) | $180.56 |
| GRE | 12/21/2005 12:03:08 PM | 64 | Sales | ($20.00) | $192.56 |
| GRE | 12/20/2005 5:07:11 PM | 33305806 | Western Union | $190.00 | $212.56 |
| GRE | 12/19/2005 7:36:28 PM | ITS1219 | Phone Withdrawal | ($10.00) | $22.56 |
| GRE | 12/15/2005 8:38:14 PM | ITS1215 | Phone Withdrawal | ($15.00) | $32.56 |
| GRE | 12/15/2005 9:48:44 AM | 12 | Sales | ($7.90) | $47.56 |
| GRE | 12/15/2005 9:47:24 AM | 11 | Sales | ($35.20) | $55.46 |

1 2 3

**Total Transactions: 143**

| | | |
|---|---|---|
| **Totals:** | **($315.01)** | **$0.00** |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| GRE | $0.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.40 |
| **Totals:** | **$0.40** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.40** |