**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OCT 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

James T. Smith,                           )
                                          )
            Plaintiff,                    )
                                          )
        v.                                )       Civil Action No.      **06 1802**
                                          )
Sara M. Revell,                           )
                                          )
            Defendant.                    )

## TRANSFER ORDER

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed

*in forma pauperis.*  Plaintiff is a prisoner at the Federal Correctional Institution ("FCI") in

Greenville, Illinois.  The jurisdictional basis of the complaint for monetary damages is not stated.

It appears, however, that plaintiff is suing under the Federal Tort Claims Act ("FTCA"), 28

U.S.C. §§ 1346(b), 2671-2680, or *Bivens v. Six Unknown Named Agents of Federal Bureau of*

*Narcotics,* 403 U.S. 388 (1971).  "Any civil action on a tort claim against the United States . . .

may be prosecuted only in the judicial district where the plaintiff resides or wherein the act or

omission complained of occurred."  28 U.S.C. § 1402(b).  In addition, a *Bivens* claim as pleaded

here may be prosecuted in the judicial district where the defendant resides or where "a substantial

part of the events or omissions giving rise to the claim occurred."  28 U.S.C. § 1391(b).  The

complaint arises from events that allegedly occurred at FCI Greenville, and the only named

defendant is identified as the "warden/trustee" of FCI Greenville. Compl. at 1.  The Court

therefore finds it in the interests of justice and judicial economy  to transfer the case to a judicial

district where the case could have been properly brought. Accordingly, it is this 29th day of September 2006,

ORDERED that pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the Southern District of Illinois. The Clerk of this Court shall file and docket the complaint. Whether plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

United States District Judge

2